

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ROYCE JACKMAN,      §    No. 08-14-00176-CR

    Appellant,   §    Appeal from the

v.           §    168th District Court

THE STATE OF TEXAS,   §    of El Paso County, Texas

    State.    §    (TC# 20120D01661)

§

§

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **August 14, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before August 14, 2015.

IT IS SO ORDERED this 30th day of June, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.